UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DR. CHIBUIKE ANUCHA, MD, PC,<br><br>    Defendant. | Case No. 1:21-cv-00055<br><br>[**PROPOSED**] ORDER GRANTING REQUEST FOR ADDITIONAL TIME TO FILE A RESPONSIVE PLEADING; CONTINUING MANDATORY SCHEDULING CONFERENCE<br><br>**(Doc. 5)** |

Good cause appearing, the court grants Defendant Dr. Chibuike Anucha, MD, PC's request for an extension of time to file his responsive pleadings to Plaintiff's Complaint and move the currently scheduled Mandatory Settlement Conference. Defendant Anucha will have additional time to file his responsive pleading, up to and including April 15, 2021. The Mandatory Scheduling Conference shall be moved to May 14, 2021 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **March 17, 2021**                    **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE