UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DR. CHIBUIKE ANUCHA, MD, PC,<br><br>Defendant. | Case No. 1:21-cv-00055<br><br>[PROPOSED] ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING |

Good cause appearing, the court grants Defendant Dr. Chibuike Anucha, M.D., PC's Motion[1] for Second Extension of Time to File Responsive Pleading. Defendant Anucha will have additional time to file her responsive pleading to Plaintiff's Complaint, up to and including May 10, 2021. The Mandatory Scheduling Conference shall be moved from May 14, 2021 to June 11, 2021 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **April 13, 2021**            _ /s/ Jennifer L. Thurston
                                     CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Any further requests for time to respond SHALL be by stipulation or properly noticed motion.

{00430750;1}                    [PROPOSED] ORDER