**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHIBUIKE ENYEREIBE ANUCHA, MD, PC,<br><br>　　　　　Defendant. | Case No. 1:21-cv-00055-EPG<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF CONSENT DECREE**<br><br>(ECF No. 29) |

The Court has before it the Joint Motion for Entry of Consent Decree (ECF No. 29) filed by Plaintiff the United States of America and Defendant Chibuike Enyereibe Anucha, MD, PC (collectively, "the Parties"). Upon consideration of the terms of the Consent Decree, and in light of the Parties' agreement, IT IS HEREBY ORDERED that:

1. The Parties' Joint Motion for Entry of Consent Decree (ECF No. 1) is GRANTED;[1]
2. All remaining deadlines, including the March 18, 2022 hearing on the Joint Motion for Entry of Consent Decree and all pending dates set forth in the Scheduling Order entered on June 7, 2021 (ECF No. 11) are VACATED; and
3. This Court will retain jurisdiction to enforce the terms of the Consent Decree and will be the sole venue for any dispute arising thereunder.

IT IS SO ORDERED.

　　Dated:　**February 23, 2022**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The Consent Decree will be entered separately on the docket.