UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DR. CHIBUIKE E. ANUCHA,<br><br>Defendant. | Case No. 1:21-cv-00055-BAK<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |

Pursuant to the parties' joint motion, the Court has entered a Consent Decree in this case. (ECF Nos. 29-31.) Accordingly, the Clerk of Court is respectfully directed to administratively close this case, subject to reopening pursuant to the Court's reservation of jurisdiction to enforce the terms of the Consent Decree.

IT IS SO ORDERED.

Dated:   **February 24, 2022**             /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

1